**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**
**CASE NO. 5:09-CV-124-R**

JON BYRUM, ET AL.                                                                                          PLAINTIFFS

V

LEWIS LIVY LEAVELL, JR., ET AL.                                                              DEFENDANTS

## *ORDER OF DISMISSAL*

    The Court has been informed that a settlement has been reached.

    **IT IS ORDERED** that said action is **DISMISSED** from the docket.  If settlement is not concluded within 30 days any party may move to have the case reinstated on the docket.

cc: Counsel