UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| JON BYRUM, et al, | ) |
| **Plaintiffs** | ) |
| vs. | ) Civil Action No. 5:09-cv-124-R |
| LEWIS "LIVY" LEAVELL, JR., et al, | ) |
| | ) **Electronically Filed** |
| **Defendants** | ) |

## AGREED ORDER OF DISMISSAL

This matter having come before the Court by agreement of the parties, and the Court being advised that all claims have been resolved and settled, It Should Be and Is Now Hereby Agreed, Ordered and Adjudged, that the above style matter is should be, and same is hereby dismissed with prejudice.

Have Seen and Agreed:

_____
Kenneth Haggard
Attorney for the Plaintiff

_____
Harold M. Johns
Attorney for the Defendants